**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| MUBARAK H. IBRAHIM, | BK No. 23-07031 |
| Debtor, | Hon. Jacqueline P. Cox |
| GUS PALOIAN, not personally but solely in his capacity as the duly appointed chapter 7 trustee for the estate of MUBARAK H. IBRAHIM, | |
| Plaintiff, | Adv. No. 25-00170 |
| v. | Hon. Jacqueline P. Cox |
| 1401 STATE LINE, INC., *et al.*, | |
| Defendants. | |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO
EXTEND DEADLINE AND TEMPORARILY STAY CASE**

PLEASE TAKE NOTICE that on **March 10, 2026, at 1:30 P.M.**, I will appear before the

Honorable Jacqueline Cox, or any judge sitting in her place, **either** in courtroom 680 of the Everett

McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, **or**

electronically as described below, and present the **Chapter 7 Trustee's Motion to Extend**

**Deadline and Temporarily Stay Case**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion**

**electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then

enter the meeting ID and passcode.

1

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 273 2896, and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: February 26, 2026

GUS A. PALOIAN, in his capacity as the
Chapter 7 Trustee of the Debtor's Estate

By: _____ /s/ *Steven C. Moeller* _____
Steven C. Moeller

Jonathan M. Cyrluk
Steven C. Moeller
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2880
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
cyrluk@carpenterlipps.com
moeller@carpenterlipps.com

David A. Beck
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
614-365-4100 (tel)
614-365-9145 (fax)
beck@carpenterlipps.com

*Special counsel to Chapter 7 Trustee Gus A. Paloian*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 26, 2026, he caused a true and correct copy of each of the **Notice of Chapter 7 Trustee's Motion to Extend All Deadlines and Temporarily Stay Case** and **Chapter 7 Trustee's Motion to Extend All Deadlines and Temporarily Stay Case**, to be served via the Court's CM/ECF electronic noticing system upon all registered participants in this proceeding.

_/s/ Steven C. Moeller_
Steven C. Moeller
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2880
Chicago, Illinois 60601
312-777-486 (tel)
312-777-4839 (fax)
moeller@carpenterlipps.com

_Special counsel to Chapter 7 Trustee Gus A. Paloian_

3

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| MUBARAK H. IBRAHIM, | BK No. 23-07031 |
| Debtor, | Hon. Jacqueline P. Cox |
| GUS PALOIAN, not personally but solely in his capacity as the duly appointed chapter 7 trustee for the estate of MUBARAK H. IBRAHIM, | |
| Plaintiff, | Adv. No. 25-00170 |
| v. | Hon. Jacqueline P. Cox |
| 1401 STATE LINE, INC., *et al.*, | |
| Defendants. | |

**CHAPTER 7 TRUSTEE'S MOTION TO
EXTEND DEADLINE AND TEMPORARILY STAY CASE**

Under Federal Rule of Bankruptcy Procedure 9006 and 11 U.S.C. § 105(a), Plaintiff Gus Paloian, not personally but solely in his capacity as the fully appointed Chapter 7 Trustee for the Estate of Debtor Mubarak H. Ibrahim, moves this Court to extend the time to replead Count I of the Complaint against Defendant 1401 State Line, Inc. ("1401 State") and to temporarily stay this adversary proceeding for 45 days from the date of an order on this motion (April 24, 2026) or upon motion of the Trustee to vacate the stay. In support, the Trustee states as follows:

1. This case concerns an alleged fraudulent transfer of property from 1401 State to AZ SPE LLC ("AZ"). Count I states a declaratory judgment action against both 1401 State and AZ, seeking a declaration that 1401 State Line, Inc. was the Debtor's alter ego. Counts II and III assert

4

fraudulent transfer claims against AZ SPE LLC. The Trustee does not seek concrete relief separate from the declaratory judgment against 1401 State.

2. In its order on the motions to dismiss filed in this adversary, the Court granted the motion to dismiss Count I as against 1401 State but denied it as against AZ. (Dkt. 33.) The Court granted the Trustee leave to replead Count I against Defendant 1401 State Line, Inc. by February 20, 2026. (*Id.*)

3. The Trustee is considering voluntarily dismissing Count I as against 1401 State on grounds that it may not be necessary to keep 1401 State in the case to obtain complete relief. More importantly, recently—and especially in the last week—the Trustee has been engaged in discussions about settlement of claims filed against AZ in this case and against AZ's owner, Ahmad Zahdan, and a related company, Calumet Park Mobil LLC, in Adversary Case No. 25-168, also pending before this Court.

4. Accordingly, the Trustee respectfully requests that the Court extend the deadline for repleading Count I against 1401 State by 45 days from an order on this motion (April 24, 2026). Although the February 20 date has passed, Rule 9006 gives the Court the authority to extend it. Fed. R. Bankr. P. 9006(b)(1)(B). The Trustee submits that resolution of the primary claims at issue (against whom the Trustee seeks monetary and equitable relief) is an adequate justification for extending the date for repleading against 1401 State.

5. For the same reasons, the Trustee requests that the Court stay this case for 45 days (until April 24, 2026) or until the Trustee moves to vacate the stay. This will not complicate discovery because, unlike the other three adversaries (Case Nos. 25-167, 25-168 & 25-169), this case involves fairly isolated facts and will not overlap with discovery on the other matters, which involve interlocking parties and events. In the event that a witness or document discovery in the

other cases overlaps with this case, the Trustee is confident that the parties can come to a reasonable resolution in the 45-day stay period. And if they cannot, the Trustee can always seek relief with the Court.

6.   Moreover, AZ is the party that would be prejudiced by a stay. On February 26, 2026, counsel for AZ *requested* that the Trustee file this motion.

WHEREFORE, the Trustee asks this Court to extend the deadline to refile Count I of the Complaint against 1401 State to April 24, 2026 and to stay this case until April 24, 2026 or until the Trustee moves to vacate the stay. A proposed order has been filed with this motion.

Dated: February 26, 2026

GUS A. PALOIAN, in his capacity as the
Chapter 7 Trustee of the Debtor's Estate

By:  _____/s/ *Steven C. Moeller*_____
          Steven C. Moeller

Jonathan M. Cyrluk
Steven C. Moeller
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2880
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
cyrluk@carpenterlipps.com
moeller@carpenterlipps.com

David A. Beck (member of N.D. Ill. Bar)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
614-365-4100 (tel)
614-365-9145 (fax)
beck@carpenterlipps.com

*Special counsel to Chapter 7 Trustee Gus A. Paloian*